IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STACEY MICHELLE BLANKS, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00457 |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 3, 2025, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 3rd day of January, 2025.

.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk